IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE
MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MATTHEW MORO,

        Appellant,

v.

        Case No.  5D22-684
        LT Case No. 2021-CF-039210-A

STATE OF FLORIDA,

        Appellee.

_____/

Decision filed September 27, 2022

Appeal from the Circuit Court
for Brevard County,
David C. Koenig, Judge.

Matthew J. Metz, Public Defender,
and Robert J. Pearce, III, Assistant
Public Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Rebecca Rock
McGuigan, Assistant Attorney General,
Daytona Beach, for Appellee.

PER CURIAM.


      AFFIRMED.


LAMBERT, C.J., EVANDER and EDWARDS, JJ., concur.